JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WELLS FARGO, | ) | Case No. CV 15-02677-MMM (PJWx) |
| | ) | |
| Plaintiff, | ) | [~~PROPOSED~~] ORDER SUMMARILY REMANDING IMPROPERLY REMOVED ACTION TO LOS ANGELES COUNTY SUPERIOR COURT |
| v. | ) | |
| MICHAEL WILLIAMS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Before the Court is an unlawful detainer action that Defendant Tiphanie Goines removed from the Los Angeles County Superior Court. For the following reasons, the case is summarily remanded back to the Superior Court.

In October 2014, Plaintiff Wells Fargo Bank filed a suit in the Los Angeles County Superior Court in what appears to be a routine unlawful detainer action. On April 10, 2015, Defendant Tiphanie Goines removed the action to this court. She contends that the case is a federal one because Plaintiff violated federal law in attempting to evict her without, among other things, providing her 90 days notice in which to vacate.

Generally speaking, federal district courts lack jurisdiction over unlawful detainer actions like this one. Unlawful detainer

1 actions do not involve federal issues and a defendant cannot introduce
2 one by raising it in her defense and/or a counter-claim. See *Vaden v.*
3 *Discover Bank*, 556 U.S. 49, 60 (2009) ("Federal jurisdiction cannot be
4 predicated on an actual or anticipated defense, or rest upon an actual
5 or anticipated counterclaim") (internal citations omitted). Further,
6 there is no diversity jurisdiction under 28 U.S.C. § 1332 because,
7 even if Defendant could establish that the parties are diverse, it is
8 clear from the Complaint that the amount in controversy is less than
9 $25,000. As a result, Defendant cannot remove the action to this
10 court. *See* 28 U.S.C. § 1441(a); *see also Gaus v. Miles, Inc.*, 980
11 F.2d 564, 567 (9th Cir. 1992).
12     Accordingly, IT IS ORDERED that (1) pursuant to 28 U.S.C.
13 § 1447(c), this case is REMANDED to the Superior Court of California,
14 275 Magnolia, Long Beach, CA 90802; (2) the clerk shall send a
15 certified copy of this Order to the state court; and (3) the clerk
16 shall serve copies of the Order on the parties.
17     IT IS SO ORDERED.

19     DATED: April 21, 2015

20     _____
21     MARGARET M. MORROW
       UNITED STATES DISTRICT JUDGE

22 Presented by:

23 _____
24 PATRICK J. WALSH
   UNITED STATES MAGISTRATE JUDGE

28 C:\Users\ahuerta\AppData\Local\Temp\notesC7A056\Goines PO.wpd